IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_____ DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2010 MAR -9 AM 11:05
EASTERN-MARSHALL
BY_____

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act. 42 U.S.C. § 1983

Plaintiff's name and ID Number: _Michael C. Reynolds #1487387_
_TDL, 18202363_
Place of Confinement: _3148 Hwy 87 South_
_Center, TX 75935_

CASE NO: **2-10CV-77 DF/CE**
(Clerk will assign the number)

V.

Defendant's name and address: _District Attorney Lynda K. Russell - 500 Pine St._
_Center, TX 75935_

Defendant's name and address: _Center City Police Investigator Nicole Faulkner 1020 Shelbyville St._
_Center, TX 75935_

Defendant's name and address:
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "..if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures

**I. PREVIOUS LAWSUITS:**

  A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?    YES _____  NO ✓

  B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: _____

  2. Parties to previous lawsuit:
     Plaintiff(s): _____

     Defendant(s): _____

  3. Court (If federal, name the district; if state, name the county) _____

  4. Docket Number: _____

  5. Name of judge to whom case was assigned: _____

  6. Disposition: (Was the case dismissed, appealed, still pending?)
     _____

  7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT:** I have discharged my home address is 3148 Hwy 87 South Center, Tx 75935

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? _____ YES ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Michael L. Reynolds - 3148 Hwy 87 South Center, Tx 75935

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing address.</u>

Defendant #1: Lynda K. Russell - Shelby County District Attorney 500 Pine St. Center, Tx 75935

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Suppressed evidence in Cause #17233 that would prove my innocense.

Defendant #2: Nicole Faulkner - Investigator Center City Police Department 1020 Shelbyville St. Center, Tx 75935

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Suppressed evidence proving my innocense in Cause #17,233

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In Cause #12233 both District Atty. Lynda K. Russell and COPD investigator Nicole Faulkner refused to acknowledge other evidence that would have proved my innocense. Both of these officials suppressed such evidence from my Attorney Stephen W. Shires so that he would coerce me into signing a plea agreement which would incarcerate me for 2yrs. in State Jail for selling property that I owned to 2 different buyers. IF the Notary ledgers are examined the Court will see that the property was sold to one buyer & that the Notary seal on one deed was forged by the other buyer.

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes. $1,000,000.00 dollars in punitive damages and I want the Notary charged with Forgery; My State Jail sentence expunged, And I should be awarded a minimum of $80,000.00 for Wrongful unlawful imprisonment.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Michael L. Reynolds Aka, Bull

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

TDCJ-ID 1482382

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

C Has any court ever warned or notified you that sanctions could be imposed? ____ YES __✓__ NO

D If your answer is "yes", give the following information for every lawsuit in which warning was imposed (If more than one, use another piece of paper and answer the same questions.)

 1 Court that imposed warning (if federal, give the district and division): _____

 2 Case number: _____

 3 Approximate date warning were imposed: _____

Executed on: __3-09-10__
(Date)

_Michael L. Reynolds_
(Printed Name)

_Michael L. Reynolds_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

 1 I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

 2 I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

 3 I understand that I must exhaust all available administrative remedies prior to filing this lawsuit

 4 I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

 5 I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __9th__ day of __March__, 20 __10__.
(Day)                    (Month)                (Year)

_Michael Reynolds_
(Printed Name)

_Michael Reynolds_
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.